1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MARTHA RABADAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOMECOMINGS FINANCIAL NETWORK, INC.; CAL-WESTERN RECONVEYANCE CORPORATION; AURORA LOAN SERVICES; DOES 1-20,<br><br>　　　　Defendants. | Case No. 8:09-cv-00494-AG(FMOx)<br>The Hon. Andrew Guilford<br><br>**JUDGMENT AS TO AURORA LOAN SERVICES**<br><br>Complaint Filed: February 18, 2009<br>Trial Date: None |

　　　On May 22, 2009, the Court granted Aurora Loan Services LLC's (**Aurora**) motion to dismiss Plaintiff Martha Rabadan's (**Plaintiff**) Complaint, as well as Aurora's motion to expunge the *lis pendens* Plaintiff recorded. The Court further allowed Plaintiff twenty-one days to file an amended complaint to cure the defects in the first Complaint. To date, Plaintiff has not filed an amended complaint.

　　　As Plaintiff has failed to amend her Complaint within the time allowed by the Court, and for the reasons explained in Aurora's Motion to Dismiss and to Expunge

{DN006279;1} 1

---

**[PROPOSED] JUDGMENT**

1 | the *Lis Pendens*, the Court hereby DISMISSES THE CASE WITH PREJUDICE.

2 | **SO ORDERED.**

4 | Dated: July 17, 2009

_____
Hon. Andrew J. Guilford

**PROOF OF SERVICE OVERNIGHT DELIVERY COURIER**

STATE OF COLORADO, CITY AND COUNTY OF DENVER

     I am employed in the City and County of Denver, State of Colorado; I am over the age of 18 years and not a party to this action. My business address is 511 Sixteenth Street, Suite 420, Denver, Colorado 80202.

     On July 20, 2009, I served the following document(s) described as:

**[PROPOSED] JUDGMENT**

☒    by enclosing the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as stated below:

Martha Rabadan
319 E. Commonwealth Ave., A&B
Fullerton, CA 92832
*Plaintiff in Pro Per*

Martha Rabadan
647 Buckeyewood
Orange, CA 92865
*Plaintiff in Pro Per*

Robin Prema Wright
Wright, Finlay & Zak, LLP
4665 MacArthur Court,
Suite 280
Newport Beach, CA 92660
*Attorney for Defendant Cal Western Reconveyance Corporation*

J. Matthew Goodin
Locke Lord Bissell & Liddell
111 South Wacker Drive
Chicago, Illinois 60606
*Attorney for Defendant Homecomings Financial Network, Inc.*

☒    BY FEDERAL EXPRESS*

☐    BY EXPRESS MAIL (USPS)*

☐    BY _____ *

     I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐    (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

     Executed on July 20, 2009, at Denver, Colorado.

                                     */s/ Toni M. Domres*
                                     Toni M. Domres

{DN006279;1}3

**PROOF OF SERVICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{DN006279;1}4

---

**PROOF OF SERVICE**